STATE v. WILSON

No. 201P95

Case below: 118 N.C.App. 616

Petition by the Attorney General for writ of supersedeas denied and stay dissolved 7 September 1995. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995. Motion by defendant for consideration of issues not addressed by Court of Appeals denied 7 September 1995.

TORRANCE v. AS & L MOTORS

No. 317P95

Case below: 119 N.C.App. 552

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

TREECE v. BERNTHAL

No. 248P95

Case below: 118 N.C.App. 737

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

TREXLER v. K-MART CORP.

No. 323PA95

Case below: 119 N.C.App. 406

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1995.

YOUNG v. WOODALL

No. 265PA95

Case below: 119 N.C.App. 132

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1995.